## Commonwealth, By et al. v. Standard Oil Company of Kentucky.

(Decided January 14, 1915.)

### Appeal from Jefferson Circuit Court
### (Chancery, No. 2).

Taxation—Action by Revenue Agent to Recover on Omitted Assessment.—In this action by a revenue agent to recover taxes on property omitted from assessment, the ruling of the lower court in dismissing the proceeding was erroneous in view of the ruling of this court in Commonwealth v. Ewald Iron Co., 153 Ky., 116.

A. S. BULLITT and MATT J. HOLT for appellant.

HUMPHREY, MIDDLETON & HUMPHREY for appellee.

OPINION OF THE COURT BY JUDGE NUNN—Reversing.

This action was by a Revenue Agent to recover taxes on property omitted from assessment. The lower court sustained a motion to dismiss without prejudice. The ruling was made in attempted compliance with an Act of 1912, directing dismissal of such actions where there is a lack of diligence in prosecution. The Revenue Agent appeals.

Since then this court has construed the Act referred to. Commonwealth v. Ewald Iron Co., 153 Ky., 116. It is conceded by appellee that the lower court erred in dismissing the action, in view of the ruling in the Ewald case.

The judgment is reversed for proceedings in conformity with the Ewald case.